KOSTA POLITOPOULOS et al., Appellants, v CITY OF NEW YORK, Respondent.

Submitted November 23, 2015; decided January 7, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed the May 2014 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.